UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR ARNDT,

       Plaintiff,

v.

       Case No. 13-14863

RAYMOND BOOKER and
CHARLES SINCLAIR,

       Hon. Patrick J. Duggan

       Defendants.

       Magistrate Judge R. Steven Whalen

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFENDANT SINCLAIR'S MOTION FOR SUMMARY JUDGMENT

On November 25, 2013, Plaintiff Arthur Arndt, a prisoner in the custody of the Michigan Department of Corrections, filed this *pro se* prisoner's civil rights action against Defendants Raymond Booker and Charles Sinclair, alleging that Defendants violated the Eighth Amendment by acting in deliberate indifference to Plaintiff's serious medical needs.  Defendant Sinclair filed a motion for summary judgment, which was referred to Magistrate Judge R. Steven Whalen in accordance with the authority granted by 28 U.S.C. § 636(b)(1)(B).

On November 7, 2014, Magistrate Judge Whalen issued a Report and Recommendation ("R&R") recommending that this Court grant Defendant

Sinclair's unopposed summary judgment motion.  At the conclusion of his R&R,

Magistrate Judge Whalen informed the parties that any objections to the R&R must

be filed within fourteen days and that the failure to file specific objections

constitutes a waiver of any further right of appeal.   Neither party filed objections.

Having reviewed the Complaint, Defendant Sinclair's Motion, and the R&R,

the Court concurs with the conclusions reached by Magistrate Judge Whalen.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Whalen's R&R is **ADOPTED**,

Defendant Charles Sinclair's Motion for Summary Judgment is **GRANTED**, and

Defendant Charles Sinclair is **DISMISSED** from this action.

Dated: December 11, 2014

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:

**Arthur Arndt**, 201181
Bellamy Creek Correctional Facility
1727 West Bluewater Highway
Ionia, MI 48846

**Arthur Arndt**, 201181
Detroit Reentry Center
17600 Ryan Road
Detroit, MI 48212

**Kevin R. Himebaugh, AAG**